IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KALDREN LLC,<br><br>Plaintiff<br><br>v.<br><br>KIK US INC.,<br><br>Defendant | C.A. No. 17-752-VAC-SRF |
| KALDREN LLC,<br><br>Plaintiff<br><br>v.<br><br>SNAP INC.,<br><br>Defendant | C.A. No. 17-753-VAC-SRF |
| KALDREN LLC,<br><br>Plaintiff<br><br>v.<br><br>CIGNA CORPORATION,<br><br>Defendant | C.A. No. 17-1160-VAC-SRF |

| | |
|---|---|
| KALDREN LLC,<br><br>Plaintiff<br><br>v.<br><br>DENBURY RESOURCES INC.,<br><br>Defendant | C.A. No. 17-1265-VAC-SRF |
| KALDREN LLC,<br><br>Plaintiff<br><br>v.<br><br>SKYWORKS SOLUTIONS INC.,<br><br>Defendant | C.A. No. 17-1266-VAC-SRF |
| KALDREN LLC,<br><br>Plaintiff<br><br>v.<br><br>EXPRESS SCRIPTS HOLDING COMPANY,<br><br>Defendant | C.A. No. 17-1267-VAC-SRF |

| | |
|---|---|
| KALDREN LLC,<br><br>Plaintiff<br><br>v.<br><br>EDWARDS LIFESCIENCES<br>CORPORATION,<br><br>Defendant | C.A. No. 17-1268-VAC-SRF |

## ORDER

At Wilmington this 29th day of September 2017, having been assigned the above captioned related cases;

IT IS ORDERED that, on or before October 30, 2017, counsel for plaintiff shall inform the court as to whether the need for coordinated discovery and/or *Markman* proceedings is anticipated as to the above cases and, if so, when a joint scheduling conference might most efficiently be conducted.

Sherry R. Fallon
UNITED STATES MAGISTRATE JUDGE